UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Respondent. | No. 2:15-CV-01360-TLN-CKD<br><br>**ORDER** |

    Petitioner, having filed his Motion For Leave to File Corrected Papers, there being no opposition, and good cause having been shown, it is hereby ORDERED that LEAVE IS GRANTED to Petitioner to file his corrected papers, and that the following documents are ACCEPTED as having been filed and will serve to supersede the prior, uncorrected versions:

    CORRECTED Petition (originally ECF No. 1);

    CORRECTED Memorandum of Points and Authorities (originally ECF No. 12);

    CORRECTED Exhibit 19 to Petitioner's Memorandum of Points and Authorities (originally ECF No. 12, appearing at p. 75-78 in attached document no. 2); and

1  CORRECTED Reply to Respondent's Opposition (originally ECF No. 18).

2  IT IS SO ORDERED.

3  Dated:  September 28, 2015

_____
Troy L. Nunley
United States District Judge