UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Respondent. | No. 2:15-CV-01360-TLN-CKD<br><br>**ORDER** |

This matter is before the Court pursuant to Petitioner Joseph F. Frankl's ("Petitioner") Motion for Expedited Order for Injunctive Relief. (Corrected Pet., ECF No. 27.) The Court is in receipt of Petitioner's request and thus notifies Petitioner as follows: The Court has carefully considered Petitioner's petition for injunctive relief and will issue an order in due course after deciding cases with higher priority and considering this Court's caseload. However, Petitioner is advised that the instant motion for expedited relief does not garner sympathy with the Court and is further delaying disposition of this matter as it creates one more filing for the Court to consider and respond to. Simply put, Petitioner's motion is not well received, especially in light of the fact

that Petitioner's numerous filings have contributed to the delay in deciding this matter. For example, this Court has had to not only consider Petitioner's original filings, but corrected versions of such filings, creating twice the workload. (*See i.e.*, Pet. For Inj., ECF No 1; Mem. ECF No. 12; Corrected Ex. B, ECF No. 17; Reply, ECF No. 18; Mot. To File Corrected Papers, ECF No. 21, 21-1, 21-2, 21-3, 21-4, 21-5, 21-6; 21-7.) In sum, Petitioner's motion for injunctive relief will be ruled upon shortly, and the Court hereby DENIES Petitioner's instant motion (ECF No. 27).

IT IS SO ORDERED.

Dated: February 3, 2016

_____
Troy L. Nunley
United States District Judge