1  RICHARD J. MCPALMER, CA BAR 244962
   National Labor Relations Board, Region 20
2  901 Market Street, Suite 400
   San Francisco, California 94103-1735
3  (628) 221-8863
   richard.mcpalmer@nlrb.gov
4  Attorney for Petitioner

5  TARA L. PRESNELL, CA BAR 234123
   Littler Mendelson, P.C.
6  1255 Treat Blvd., Suite 600
   Walnut Creek, CA 94597
7  (925) 932-2468
   tpresnell@littler.com
8  Attorney for Respondent

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  JILL COFFMAN, Regional Director of        Case No. 2:15-CV-01360-TLN-CKD
    Region 20 of the National Labor Relations
13  Board, for and on behalf of the           **STIPULATION AND ORDER OF**
    NATIONAL LABOR RELATIONS
14  BOARD,[1]                                  **DISMISSAL OF ACTION PURSUANT TO**

15                     Petitioner,             **FED. R. CIV. P. 41(a)(1)(A)(ii)**

16         vs.

17  UNITED SITE SERVICES OF
    CALIFORNIA, INC.,
18
                       Respondent.
19

20

21         IT IS HEREBY STIPULATED AND AGREED by and between Petitioner Jill Coffman,

22  Regional Director of Region 20 of the National Labor Relations Board, and Respondent United

23  Site Services of California, Inc. (collectively "the Parties"), by their respective attorneys, pursuant

24  to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and Local Civil Rule 143, as follows:

25         1)      WHEREAS, on June 26, 2015, Petitioner filed with this Honorable Court a

26  Petition for Injunction Under Section 10(j) of the National Labor Relations Act, as Amended [29

27  ────────────────────────

28  [1] Jill Coffman has succeeded Joseph F. Frankl as Regional Director of Region 20 of the National
    Labor Relations Board. See Fed. R. Civ. P. 25(d).

U.S.C. §160(j)] (Docket No. 1);

2)    WHEREAS, on March 14, 2016, this Court issued its Temporary Injunction Order requiring Respondent to cease and desist from taking certain actions and to take certain affirmative actions (Docket No. 31);

3)    WHEREAS, on April 8, 2016, pursuant to the Court's March 14 Temporary Injunction Order, Respondent filed a sworn declaration affirming that it had complied with the affirmative provisions of the Temporary Injunction Order (Docket No. 33);

4)    WHEREAS, by letter dated June 15, 2018, Teamsters, Local 315 ("Union"), the heretofore exclusive collective-bargaining representative of the bargaining unit employees of Respondent at issue in the administrative complaint underlying this matter, formally disclaimed interest in representing said bargaining unit.  As a result of that action, the Union no longer represents the bargaining unit employees in collective bargaining with Respondent, thereby mooting any on-going obligation Respondent would have under the Court's March 14 Temporary Injunction Order to recognize and bargain with the Union;

5)    WHEREAS, Respondent's compliance with the affirmative provisions of the Court's March 14 Temporary Injunction Order and the Union's disclaimer of interest in representing Respondent's bargaining unit have obviated and extinguished the need for continued injunctive relief;

///
///
///
///
///
///
///
///
///
///

THE PARTIES HEREBY STIPULATE AND AGREE that the Court's March 14 Temporary Injunction Order should be VACATED and that this action be, and hereby is, DISMISSED without prejudice.


_____/s/ Richard J. McPalmer_____
Richard J. McPalmer
Counsel for Petitioner
901 Market Street, Suite 400
San Francisco, California 94103-1735
(628) 221-8863

Dated this 24th day of July, 2018.


_____/s/ Tara L. Presnell_____
Tara L. Presnell
Counsel for Respondent
Littler Mendelson, P.C.
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
(925) 932-2468
tpresnell@littler.com

Dated this 8th day of August, 2018.


IT IS SO ORDERED at Sacramento, California, this 10th day of August, 2018.


_____
Troy L. Nunley
United States District Judge